UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>STEVEN C. FUSTOLO | CIVIL ACTION NO. 15-10687-FDS<br>15-11581-FDS<br>15-11816-FDS |

## ORDER OF DISMISSAL

SAYLOR, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been agreed to be dismissed;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within twenty eight (28) days, to reopen the action if settlement is not consummated.

October 30, 2015

/s/ Timothy R. Maynard
--------------------------
Deputy Clerk